# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Comp Environmental, Inc. )      ASBCA Nos. 60611, 60617, 60661
)
Under Contract No. W911WN-15-C-0007 )

APPEARANCE FOR THE APPELLANT:      James S. DelSordo, Esq.
  Argus Legal, PLLC
  Manassas, VA

APPEARANCES FOR THE GOVERNMENT:      Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
  Richard J. Sprunk, Esq.
  Shawn R. Pistner, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Pittsburgh

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed with prejudice.

Dated: 17 April 2018

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60611, 60617, 60661, Appeals of Comp Environmental, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals